UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
TAMPA DIVISION

In re:

PHIL DONAHUE                                               CASE NO.: 6:17-bk-09218
RUTH A. DONAHUE,
                        Debtors./

## MOTION TO TRANSFER VENUE TO ORLANDO DIVISION

COME NOW Debtors, PHIL DONAHUE and RUTH A. DONAHUE, by and through the undersigned counsel, and files this Motion To Transfer Venue to Orlando Division pursuant to 11 U.S.C. §1014(1) and in support of state:

1. Debtors filed a petition for relief on October 31, 2017, under Chapter 7 of the Bankruptcy Code.

2. The Debtor, Phil Donahue, is a heart patient. He had heart surgery in April, 2017 and a pacemaker implanted in October, 2017.

3. The Debtors live in Davenport, Florida.

4. The Orlando Bankruptcy Court is 29.3 miles from the Debtors and the Timberlake Annex in Tampa is 62.9 miles from the Debtors.

5. Due to the heart condition of Debtor, Phil Donahue, travelling to Tampa for the 341 meeting would be an undue hardship. The Tampa location is twice the distance from the Debtors home as the Orlando location.

WHEREFORE, the Debtors respectfully request that this Court transfer venue of this case from the Tampa Division to the Orlando Division and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 31st day of October, 2017.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 31st day of October, 2017 upon all parties on the attached matrix.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-09218<br>Middle District of Florida<br>Tampa<br>Tue Oct 31 15:43:15 EDT 2017 | Phil Donahue<br>1124 Ocean Circle<br>Davenport, FL 33897-5810 | Ruth A. Donahue<br>1124 Ocean Circle<br>Davenport, FL 33897-5810 |
| Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Capital Management  Services<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Citibank/Exxon Mobile<br>Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 | Citibank/The Home Depot<br>Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 |
| Credit Solutions Corporation<br>13520 Evening Creek Drive N<br>San Diego, CA 92128-8110 | (p)FIRSTMERIT BANK NA<br>3 CASCADE PLAZA CAS36<br>3RD FLOOR<br>AKRON OH 44308-1124 | G M A C<br>15303 S 94th Ave<br>Orland Park, IL 60462-3825 |
| Home Depot Credit Service<br>Po box 9001010<br>Louisville, KY 40290-1010 | Huntington Bank<br>Attn: Bankruptcy<br>P.O. Box 182519<br>Columbus, OH 43218-2519 | Huntington Natl Bk<br>Attn: Bankruptcy<br>Po Box 340996<br>Columbus, OH 43234-0996 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Mercantile Adjustment Bureau<br>165 Lawrence Bell Drive<br>Suite # 100<br>Buffalo, NY 14221-7900 | National Credit Inc<br>Po Box 14581<br>Des Moines, IA 50306-3581 |
| Partners Fed Cr Un<br>13705 International Dr S<br>Orlando, FL 32821-5411 | Partners Federal CreditUnion<br>2190 S Town Centre Place<br>Anaheim, CA 92806-6128 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Second Round, LP<br>Po Box 41955<br>Austin, TX 78704-0033 | Syncb/PLCC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lenscrafters<br>Po Box 965060<br>Orlano, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Wells Fargo<br>Attn: Bankruptcy<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Merit Bank NA  
Po Box 148  
Akron, OH 44309-0148

Portfolio Recovery  
Po Box 12914  
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Card Memeber Services            (u)RushMarshall James and Kelly            (u)SIMM Assocaites Inc

End of Label Matrix  
Mailable recipients    30  
Bypassed recipients     3  
Total                  33